# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DAVID MOORE, *et al.*, | ) | |
| Plaintiff(s), | ) | 2:09-cv-2097-RLH-PAL |
| vs. | ) | **O R D E R** |
| WELLS FARGO BANK, N.A., | ) | |
| Defendant(s). | ) | |

Before this Court is the Order and Report of Findings and Recommendation of United States Magistrate Judge (#28, filed October 12, 2010), entered by the Honorable Peggy A. Leen, regarding Defendant's Motion for Sanctions (#20) and violation of Order (#26) of the Court. The Order and Report of Findings and Recommendation of United States Magistrate Judge required Plaintiffs to show cause, in writing, no later than October 20, 2010, why their case should not be dismissed for their failure to prosecute. No objection was filed to Magistrate Judge Leen's Order and Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and no good cause was shown in writing, as ordered by the Court. Accordingly, the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Order and Report of Findings and Recommendation of United States Magistrate Judge (#28, entered October 12, 2010) is ACCEPTED and ADOPTED, and the Complaint is dismissed.

Dated: November 3, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**